[No. 35470-9-I.   Division One.   August 28, 1995.]

*In the Matter of the Personal Restraint Petition of*
MICHAEL R. TROTT, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 36543-6-I.   Division One.   August 28, 1995.]

THE CITY OF EDMONDS, *Petitioner*, v. EWALD MAUSER,
*Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00302-4, David F. Hulbert, J., entered April 10, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 16463-9-II; 18716-7-II.   Division Two.   August 29, 1995.]

*In re the Marriage of* CARMEN HANNA, *Respondent,
and* LAWRENCE J. HANNA, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 91-3-00083-3, Wm. Thomas McPhee, J., entered September 1, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 17009-4-II.   Division Two.   August 29, 1995.]

LINDA CHURCH, ET AL., *Appellants*, v. OCEAN BEACH
SCHOOL DISTRICT NO. 101, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pacific County, No. 92-2-00121-9, Joel M. Penoyar, J., entered March 5, 1993. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Fleisher, JJ.